

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2018

No. 04-18-00599-CV

Homero **MALDONADO**,
Appellant

v.

Salvador **JOHNSON**, Sr.,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVK001209D2
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

This is an accelerated appeal arising from an election contest challenging the outcome of the Democratic Primary for Justice of the Peace, Precinct 3, of Webb County. On September 13, 2018, appellant Homero Maldonado filed an Emergency Motion for Expedited Appellate Briefing Schedule and Disposition of Case, and appellee Salvador Johnson Sr. filed a response. In his motion, appellant requests an expedited briefing schedule so that this court can dispose of the case by Friday, September 21, 2018 in accordance with section 232.014 of the Texas Election Code. *See* TEX. ELEC. CODE § 232.014 (West 2010). In response, appellee asserts appellant did not handle the underlying cause or this appeal with due diligence because he requested continuances in the underlying cause and failed to request an expedited schedule sooner in this appeal.

Under section 231.009 of the Texas Election Code, "[a]n election contest has precedence in appellate courts and shall be disposed of as expeditiously as practicable." *Id.* § 231.009; *see Sepulveda v. Medrano*, 323 S.W.3d 620, 624 (Tex. App.—Dallas 2010, no pet.) (citing *Salazar v. Gonzales*, 931 S.W.2d 59, 60 (Tex. App.—Corpus Christi 1996, no writ)); *Gutierrez v. Montemayor*, 2000 WL 33225302, at *1 (Tex. App.—San Antonio Dec. 29, 2000, no pet.) (not designated for publication). Based on the foregoing, we **GRANT** appellant's request to expedite the briefing schedule and **ORDER** appellant to file his brief **on or before Friday, September 14, 2018**. We **FURTHER ORDER** appellee to file his brief **on or before Monday, September 17, 2018**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court